# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**EDWARD CURANOVIC,**

    **Plaintiff,**

**v.**          **CIVIL ACTION NO. 5:18cv88**
        (Judge Stamp)

**M. WEAVER, et al.,**

    **Defendant.**

## ORDER GRANTING MOTION TO SEAL

Currently pending before the Court is the Defendants' Motion, made pursuant to the E-Government Act of 2002, to file un-redacted documents under seal herein, which contain confidential and sensitive material. Said documents have been lodged with the Clerk of this Court, pending a ruling thereon by the Court. It appearing to the Court that good cause and sufficient grounds exist for the Defendants' Motion, it is accordingly

**ORDERED** that the Motion [ECF No. 46] be **GRANTED** and the documents referenced above, as set forth and identified in the Defendants' Motion and currently lodged with the Clerk of this Court [ECF Nos. 46-1 - 46-4], be filed under seal by the Clerk to be retained by the Court as part of the record herein.

The Clerk is directed to provide an electronic copy of this Order to all counsel of record and mail a copy of this Order to the Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**IT IS SO ORDERED.**

DATED: February 13, 2019.

                                          */s James P. Mazzone*
                                          JAMES P. MAZZONE
                                          UNITED STATES MAGISTRATE JUDGE