AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

FILED
AUG 15 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| EDWARD CURANOVIC<br>*Plaintiff*<br>v.<br>Jessica Houchin, R.N.; Ms. Wilson, P.A.; Lt. Duvall; Dr. Anderson, M.D.; M. Weaver, Medical Administrator; Angela Dunbar, Regional Director; Jennifer Saad, Warden; and Ian Conners, Adm. National Inmate Appeals,<br>*Defendant* | Civil Action No. 5:18-CV-88 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other: the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED; Defendant's Motion to Dismiss or, in the alternative, Motion for Summary Judgment is GRANTED; Plaintiff's cross-motion for Summary Judgment is DENIED; Plaintiff's Complaint is DISMISSED WITH PREJUDICE; Plaintiff's motion for Preliminary Injunction and motion to Intervene are DENIED AS MOOT; Plaintiff's Objections are OVERRULED; and this Civil Action is DISMISSED WITH PREJUDICE AND STRICKEN from the active docket of this Court.

This action was *(check one)*:

☒ decided by Judge   Frederick P. Stamp, Jr.

Date: 08/15/2019

**Cheryl Dean Riley**
CLERK OF COURT

By: /s/ S. O. Abraham
*Signature of Clerk or Deputy Clerk*